DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ROBERTO SERRANO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0931

————————————————

September 26, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Christopher LaBruzzo, Judge.

Roberto Serrano, pro se.

PER CURIAM.

Affirmed.

SLEET, SMITH, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.